CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 17 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

ANNA M. BINGHAM,

    Plaintiff,

v.                                         Civil Action No. 7:13-cv-00144-GEC

R.T. (known as Chris),

and

TALECRIS PLASMA RESOURCES, INC.,

    Defendants.

## AGREED ORDER OF DISMISSAL

The Court having been informed that the parties have entered into a settlement agreement resolving all claims and causes of action alleged in the above-styled action, it is ORDERED that this civil action be, and the same is hereby, DISMISSED with prejudice and retired from the docket of this Court.

It is so ORDERED.

Enter: This 16th day of April, 2014.

                                                /s/ Glen E. Conrad
                                              Chief United States District Judge

WE ASK FOR THIS:

/s/ G. Marshall Mundy
G. Marshall Mundy, Esquire (VSB# 3459)
MUNDY, ROGERS & ASSOCIATES, L.L.P.
1328 3rd Street, SW
Roanoke, Virginia 24016
(540) 982-2900
(540) 982-1362 (Facsimile)
E-mail: drogers@mundyrogers.com
*Counsel for Anna M. Bingham*


/s/ Curtis G. Power, III
Curtis G. Power, III (VSB# 45068)
BOWLES RICE LLP
480 West Jubal Early Drive, Ste. 130
Winchester, Virginia 22601
(540) 723-8877
(540) 450-1535 (Facsimile)
E-mail: cpower@bowlesrice.com
*Counsel for Talecris Plasma Resources, Inc.*